IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1627-ZLW-CBS

JOHN DORRIS,

    Plaintiff,

vs.

ADOLPH COORS COMPANY,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE DEFENDANT AND AMEND COMPLAINT

The parties' "Stipulated Motion to Substitute Defendant and Amend Complaint" is GRANTED. Plaintiff's proposed Amended Complaint is accepted for filing. Defendant Adolph Coors Company is DISMISSED WITHOUT PREJUDICE. Defendant UNUM Life Insurance Company is hereby substituted as Defendant, and shall file its response to the Amended Complaint within 20 days after entry of this Order.

Dated this 23 day of Nov., 2005.

BY THE COURT:

*Zita L. Weinshienk*