IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-1627-ZLW-CBS

JOHN DORRIS,

    Plaintiff,

v.

ADOLPH COORS COMPANY, an employee welfare benefit plan,

    Defendant.
_____

ORDER
_____

    It appears from the Courtroom Minutes of the hearing before Magistrate Judge Craig B. Shaffer that this case has settled.  Therefore, it is

    ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

    FURTHER ORDERED that settlement papers shall be filed on or before February 20, 2006.  If by that date settlement papers have not been received by the Court, on February 27, 2006, the case will be dismissed without prejudice.

    DATED at Denver, Colorado, this __14__ day of February, 2006.

                                    BY THE COURT:

                                    _____
                                    ZITA L. WEINSHIENK,  Senior Judge
                                    United States District Court