IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-1627-ZLW-CBS

JOHN DORRIS,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

---

### ORDER OF DISMISSAL

---

    Pursuant to and in accordance with the Stipulation For Dismissal, With Prejudice, signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys' fees.

    DATED at Denver, Colorado, this __24__ day of February, 2006.

                                       BY THE COURT:

                                       *[signature: Zita L. Weinshienk]*

                                       ZITA L. WEINSHIENK,  Senior Judge
                                       United States District Court